EXHIBIT A

# Form A

| | |
|---|---|
| Plaintiff's Name (first, middle, last): Kimberly Ann Copeland | Superior Court of New Jersey |
| Street Address: 47 Kinnaire Drive | Law Division, Special Civil Part |
| City, State, Zip: Parlin, NJ 08859 | Middlesex County |
| Telephone Number: 732-351-6376 / 732-619-6655 | Docket Number (to be provided by the court) |
| Defendant's Name (first, middle, last): LogistiCARE Solutions | SUPERIOR COURT OF NEW JERSEY |
| Street Address: 200 Metroplex Drive Suite 200 | JAN 3 2020 |
| City, State, Zip: Edison NJ 08817 | Civil Action |
| Telephone Number: 404-888-5800 / 866-527-99 | **Complaint** |

Type or print the reasons you, the Plaintiff(s), are suing the Defendant(s): (See instruction B)
Attach additional sheets if necessary.

I am suing LogistiCare Solutions for Pain and Suffering emotional, PT and mental distress due to Unfair Practices, Violation of Client's equal Opportunity, Violation of ADA rights and LogistiCare always have severity had high turnover and attrition and should have given any hope

The amount you, the Plaintiff(s) are demanding from the Defendant(s) $ _____

At the trial Plaintiff will need:
An interpreter               ☐ Yes ☒ No   Indicate language: _____
An accommodation for disability  ☐ Yes ☒ No   Indicate accommodation _____

I certify that the matter in controversy is not the subject of any other court action or arbitration proceeding, now pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

Date: 1/3/2020

Your Signature: Kimberly A Copeland

Name Typed, Stamped or Printed: Kimberly A Copeland

BCH # 062   DATE 1-3-2020
CHK/CA/MO # 055383
FEE         $82.00
OVP         $
COPY/SANC   $
TOTAL       $82.00



Kimberly A. Copeland

42 Kendall drive

Parlin, NJ 08859

## Plaintiff complaint

I am issuing a formal complaint against Logisti Care Solutions for violation of my ADA and civil rights and I have also been harassed and worked in a hostile work environment.

Logistic are has an extremely high attrition rate, high turnover and has exuberated unfair and unsafe work practices.

Logistic are and its' representative indicate they offer Equal opportunity, training and growth development, I was placed in a different role that was explained to me, I was told that I could get a title that would help me in a career growth or path in lieu of immediate monetary values.

I was not interviewed the HR rep or my immediate managers or supervisor, instead I was interviewed by a person of influence, who stated there is growth potential and great training.

I also did not receive adequate training and no additional training to give me a fair chance and was given a different type of work that I was explained, however as time progressed my work was under constant scrutiny, critique and even ridicule.

I never received a raise or promotion and was told the majority of employees only made 13.00 an hour regardless of status.

Since working with the company for 14 months, I have experiences in unfair practices, such as excessive workloads, high stress levels due to them giving Spanish persons a pay increase for similar jobs, desirable job titles, roles and major responsibilities to weed out other classes.

Instead of an environment conducive to a friendly environment, I was isolated from my peers, I was made to change my seating frequently and suffered high emotional distress as I witnessed a certain class be terminated almost weekly and certainly a few a month.

I was not paid for temporary disability and was not advice of the correct process in a timely manner and was ultimately terminated approx. 1/10/19, due to a traffic accident on the garden state parkway, although other workers were late that day.

I have an enormous amount of debt, including a car I purchased to be able to get to work, and been suffering a great deal of anxiety, mental duress and severe depression.

My family life and relationship has suffered to financial hardship and it's hard to maintain a decent status of living. I have had, Epistaxis, furuncle and once loss my voice as I worked and others avoided work.